IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 81-cv-01754-JLK

KENNETH FLOYD, et al (RE: JUSTIN RUEB),

       Plaintiffs,

v.

ARISTEDES ZAVARAS, et al,

       Defendants.

## ORDER TO CURE DEFICIENCY

Kane, Senior Judge

      Justin Rueb, Interested party, submitted a Notice of Appeal on March 22, 2010. The court has determined that the document is deficient as described in this order. Justin Rueb will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     <u> X </u>   is not submitted
     ___   is missing affidavit
     ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
     ___   is missing required financial information
     ___   is missing an original signature by the prisoner
     ___   is not on proper form (must use the court's current form)
     ___   other_____

Accordingly, it is

      ORDERED that Justin Rueb cure the deficiencies designated above within 30 days from

the date of this order. Any papers that Justin Rueb filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Justin Rueb, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Justin Rueb fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 29th day of March, 2010.

BY THE COURT:

*s/John L. Kane*
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO